IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIECO LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIV. A. NO. 4:21-cv-01128 |
| | § | JURY |
| TARGA GAS MARKETING LLC, | § § | |
| Defendant. | § § | |

## TARGA GAS MARKETING LLC'S NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendant Targa Gas Marketing LLC cross-appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF Doc. No. 142) entered on October 26, 2023, from all adverse interlocutory rulings that merged into the Final Judgment, and from the Order Denying Targa's Rule 50(b) Motion (ECF Doc. No. 157) entered on December 14, 2023. This cross-appeal arises out of the same underlying action as No. 23-20567, *MIECO v. Targa Gas Marketing*, which is currently pending in the Fifth Circuit Court of Appeals.

Respectfully submitted,

BECK REDDEN LLP

By: */s/ David W. Jones*
   David W. Jones
   State Bar No. 00790980
   Fed. I.D. No. 18206
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 971-3700
(713) 971-3720 (facsimile)
djones@beckredden.com
ATTORNEY-IN-CHARGE FOR
TARGA GAS MARKETING LLC

OF COUNSEL:

BECK REDDEN LLP
Russell S. Post
State Bar No. 00797258
Fed. I.D. No. 23206
Marcos Rosales
State Bar No. 24074979
Fed. I.D. No. 1125440
mrosales@beckredden.com
Owen J. McGovern
State Bar No. 24092804
Fed. I.D. No. 2523814
omcgovern@beckredden.com
Garrett S. Brawley
State Bar No. 24095812
Fed. I.D. No. 3311277
gbrawley@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on January 11, 2024, a true and correct copy of this document was served on all counsel of record via the Court's CM/ECF system.

                                    By:   */s/ David W. Jones*
                                                 David W. Jones